SMITH *v.* FRENCH; HENDERSON *v.* LUMBER COMPANY.

R. L. SMITH ET AL. v. F. J. FRENCH.

(Filed 9 March, 1909.)

Issues Objectionable—Harmless Error—Purchasers at Own Sale—
Accountability.

> Upon examination of the record on appeal, no substantial
> error was found, when there was an issue to which there was
> no exception, being objectionable but clearly understood in con-
> nection with the charge, and evidence that plaintiffs' agent
> purchased · a part of the property at their own sale, making
> them accountable for its true value.

APPEAL by plaintiffs from *O. H. Allen, J.,* November Term,
1909, of CRAVEN.

*Moore & Dunn* for plaintiff.
*E. M. Green* and *W. D.. McIver* for defendant.

PER CURIAM. This case was before the Court at a former
term, and is reported 141 N. C., 1.

Issues were submitted by his Honor, to which we find no
exception. While the form of the fourth issue is objectionable
and somewhat indefinite, yet, taken in connection with the
charge of the judge, we think the jury fully understood what
was the real question submitted.

There is evidence in the record that plaintiffs' agent pur-
chased a portion of the property at their own sale, thereby
making plaintiffs accountable for its true value.

We have examined the several exceptions to the evidence and
the charge and are of opinion that no substantial error was
committed which necessitates another trial.

The judgment is
Affirmed.